JAMES P. HURLEY
Attorney for Debtors
411 North 2nd Street
Yakima WA 98901
(509) 248-4282

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re: ) NO. 06-01690
)
CISNEROS, Oralia and Miguel )
) FINDINGS OF FACT AND
Debtors. ) CONCLUSIONS OF LAW
)
)

THIS MATTER having come on regularly for hearing before the HONORABLE JOHN A. ROSSMEISSL, United States Bankruptcy Judge for the Eastern District of Washington, by telephone conference on November 15, 2007, the Debtors appearing by and through their attorney of record JAMES P. HURLEY of Hurley & Lara, the Chapter 12 Trustee FORD ELSAESSER appearing in person and by written report, and the Internal Revenue Service of the United States of America appearing through Assistant U.S. Attorney ROLF H. TANGVALD, AmericanWest Bank appearing through TIMOTHY KLASHKE of Kuffel, Hultgrenn, Klashke & Shea, LLP, Farm Service Agency, United States Department of Agriculture appearing through Assistant U.S. Attorney FRANK WILSON, and Wells Fargo Bank appearing through JENNIFER ASPAAS of Routh, Crabtree and Olsen. The Court having considered the testimony of the Debtor, the exhibits and evidence offered in support of the Order Confirming the Debtor's Chapter 12 Plan and the stipulations of the parties evidenced by their signatures approving these Findings, the Court now makes the following:

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
Page 1

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

06-01690-JAR12    Doc 125    Filed 11/16/07    Entered 11/16/07 13:49:01    Pg 1 of 7

## FINDINGS OF FACT

1. The Plan complies with the provisions of Chapter 12 and with other applicable provisions of Title 11, U.S. Code;

2. Any fee, charge or amount required under Chapter 12 of Title 28, U.S. Code, or by the Plan, to be paid before confirmation, has been paid;

3. The Plan has been proposed in good faith and not by any means forbidden by law;

4. The value, as of the effective date of the Plan, of the property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtors were liquidated under Chapter 7, Title 11, U.S. Code, on such date;

5. The holder of each allowed secured claim has accepted the Plan, subject to the modifications set forth as follows:

(1) The Class II claim of AmericanWest Bank is amended to read as follows:

Class II – AmericanWest Bank.

1. Description of Claim: AmericanWest Bank holds a first mortgage security interest on 31.6 acres of real property used in Debtor's farming operation identified by Yakima County Parcel No. 231025-43005. AmericanWest Bank also holds first-position security interests in a 1994 Ford pickup truck used in Debtor's farming operation and in two (2) orchard wind-machines located on the above-mentioned real property. AmericanWest Bank also holds a second-position security interest in an irrigation system and related infrastructure/equipment located on the above-mentioned real property. All debt owing by Debtors to AmericanWest Bank is cross-collateralized, and AmericanWest Bank is a fully secured creditor that has filed an allowed secured claim in the itemized and aggregated total amount of $219,096.15 as of Plan confirmation.

2. Treatment of Claim:

(a) The allowed secured claim of AmericanWest Bank relating to the wind-machine loan debt and pickup truck loan debt in the aggregated amount of $18,440.90 shall be

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
Page 2

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

06-01690-JAR12    Doc 125    Filed 11/16/07    Entered 11/16/07 13:49:01    Pg 2 of 7

reamortized and fully payable in three (3) annual installments, including interest at the fixed rate of eight and one-half percent (8.5%) per annum commencing on November 15, 2007. The annual payment is $7,161.63, with the first payment due on November 15, 2008, the second payment due on November 15, 2009, and the third and final payment of all remaining claim principal and all accrued unpaid interest thereon due on November 15, 2010.

(b) The allowed secured claim of AmericanWest Bank relating to the real estate mortgage loan debt in the amount of $200,655.25 shall be reamortized over a period of twenty (20) years and paid in annual installments, including interest during the period from November 15, 2007, to November 15, 2010, at the rate of six and one-half percent (6.5%) per annum. The annual payment is $18,195.37, with the first payment due on November 15, 2008, and the subsequent payments due on the same day of each following year thereafter. On November 15, 2010, the interest rate on then-remaining claim principal shall be adjusted to reflect an interest rate based on the West Edition Wall Street Journal Prime Rate plus a margin of 2.000 percentage points. On November 15, 2015, the interest rate on remaining claim principal shall be adjusted again pursuant to the above-stated formula and then adjusted again in such manner every five (5) years thereafter until all remaining claim principal and all accrued unpaid interest thereon is paid in full no later than November 15 2027.

3. Retention of Liens: AmericanWest Bank shall retain its lien and lien priority position on the above-described real property and on all of the above-described personal property collateral during the period that any portion of AmericanWest Bank's claim remains unpaid. Except as modified by this Plan, the Debtor agrees that the terms and conditions of the loan documents between Debtor and AmericanWest Bank shall remain in effect and all defaults are deemed cured as of the date of Plan confirmation.

(2) The treatment of the Class III claim of Farm Service Agency of the United States Department of Agriculture is amended to read as follows:

2. Treatment of Claim: The allowed secured claim of FSA shall be reamortized over a period of fifteen (15) years and paid in annual installments, including interest at the rate of six per cent (6%) per annum, with the first annual payment due one year from the date of confirmation. Subsequent payments shall be due on the same date each year. The annual payment is approximately $10,400.00. All defaults are deemed cured as of the date of confirmation. All other terms related to the Class III claim as set forth in the Plan remain unchanged.

(3) The Class IV claim of Wells Fargo Bank is amended as follows:

1. Description of Claim: Wells Fargo holds a first deed of trust on Debtor's home, located at 121 Carousel Lane, Sunnyside, Washington, and assigned Yakima County Assessor's Parcel No. 231025-34407. The creditor has filed a claim in the amount of

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
Page 3

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

06-01690-JAR12    Doc 125    Filed 11/16/07    Entered 11/16/07 13:49:01    Pg 3 of 7

$94,114.11. Debtor has made post-petition payments on this obligation. The Debtor is delinquent in some post-petition payments. Debtor estimates the delinquency to be $14,400.00 or less.

    2. Treatment of Claim: The allowed secured claim of Wells Fargo Bank shall be reamortized during the term of the Plan and the interest rate fixed at 9.6 percent per annum and to be paid in equal monthly installments, including interest at the modified rate of 9.6 percent per annum in the amount of $789.00, plus reserves of $116.00, the reserves are subject to adjustment pursuant to the terms of the original loan documents, with the first payment due on the date of distribution, but not later than January 1, 2008, and with subsequent monthly payments due on the same date of each month thereafter until the 37th month following the date of confirmation, at which time the interest rate and the monthly payment amount shall be adjusted in accordance with the terms of the loan documents executed between the parties.

    The arrearage of approximately $14,400.00 shall bear interest at the rate of 9.6% per annum and shall be amortized over the life of the Plan and paid in equal annual installments with the first such payment being due one year from the date of confirmation and the second and third payments due on the same date of each Plan year thereafter. The creditor shall file an amended claim within 90 days of the date of confirmation setting forth their calculation of the Debtors' arrearages.

    The remaining terms of the treatment of the Class IV claim remain unchanged.

    (4) The allowed secured claim of Corvair Corner shall be paid by the surrender of the collateral securing said claim. This claim shall be treated as being paid in full.

    6. Debtors' proposed Operating Budget demonstrates the feasibility of the Plan.

The Court having entered its Findings of Fact, now enters the following:

## CONCLUSIONS OF LAW

    1. The Plan complies with the provisions of Chapter 12 and with other applicable provision of Title 11, U.S. Code; and

    2. The Court should confirm Debtors' Chapter 12 Plan as modified in the foregoing Findings of Fact regarding the stipulations and clarifications of the parties.

**FINDINGS OF FACT AND
CONCLUSIONS OF LAW
Page 4**

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

06-01690-JAR12   Doc 125   Filed 11/16/07   Entered 11/16/07 13:49:01   Pg 4 of 7

Presented by:

s/ James P. Hurley
_____
JAMES P. HURLEY   WSBA #6615
Attorney for Debtors

Agreed to and Approved for Entry:

approved telephonically
_____
FORD ELSAESSER
Chapter 12 Trustee

Agreed to and Approved for Entry:

_____
ROLF H. TANGVALD
Attorney for Internal Revenue Service
of the United States of America

Agreed to and Approved for Entry:

approved telephonically
_____
TIMOTHY KLASHKE of Kuffel, Hultgrenn, Klashke & Shea, LLP,
Attorneys for AmericanWest Bank

Agreed to and Approved for Entry:

_____
FRANK WILSON
Assistant U.S. Attorney
Attorney for Farm Service Agency, United States Department of Agriculture

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
Page 5

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

Presented by:

_____
JAMES P. HURLEY  WSBA #6615
Attorney for Debtors

Agreed to and Approved for Entry:

_____
FORD ELSAESSER
Chapter 12 Trustee

Agreed to and Approved for Entry:

*[signed]*
_____
ROLF H. TANGVALD
Attorney for Internal Revenue Service
of the United States of America

Agreed to and Approved for Entry:

_____
TIMOTHY KLASHKE of Kuffel, Hultgrenn, Klashke & Shea, LLP,
Attorneys for AmericanWest Bank

Agreed to and Approved for Entry:

*[signed]*
_____
FRANK WILSON
Assistant U.S. Attorney
Attorney for Farm Service Agency, United States Department of Agriculture

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
Page 5

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

```
 1 | Agreed to and Approved for Entry:
 2 |
 3 | _____
   | JENNIFER ASPAAS
 4 | Routh, Crabtree and Olsen
 5 | Attorneys for Wells Fargo Bank
```



11/16/2007 10:32:07 AM

_____
John A. Rossmeissl
Bankruptcy Judge

FINDINGS OF FACT AND
CONCLUSIONS OF LAW
Page 6

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282